## UNITED STATES of America, Plaintiff–Appellee,

v.

## Raymond Lee KELLY, Defendant–Appellant.

No. 08–13988

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 20, 2009.

Roger L. Weeden, Orlando, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before BIRCH, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Roger L. Weeden, appointed counsel for Raymond Lee Kelly in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Kelly's convictions and sentence are **AFFIRMED**.